## Exhibit 1a

  An official website of the United States government
Here's how you know

 FOIA.gov

 UNITED STATES DEPARTMENT of JUSTICE

MENU

Thank you for visiting FOIA.gov, the government's central website for FOIA. We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 197391

# Success!

## Contact information

**Name**
John Barth

**Mailing address**
PO Box 88
Springvale, ME 04083
United States

**Phone number**
2076081741

**Email**
jbarth@gwi.net

## Exhibit 1b

### Your FOIA request has been created and is being sent to the Office of the Attorney General.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

FOIA Requester Service Center

202-514-3642

Valeree Villanueva, FOIA Public Liaison

202-514-3642

Douglas Hibbard, Chief, Initial Request Staff, 6th Floor
441 G St, NW
Washington, DC 20530-0001

## Request summary

Request submitted on **February 25, 2021**.

The confirmation ID for your request is **197391**.

> The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

**Exhibit 1c**

## Your request

Hello, Please provide all information of DOJ related to myself: John Barth (John S Barth, John Strickland Barth) PO Box 88, Springvale, ME 04083 4311 Brazilnut Ave., Sarasota, FL 34234 (formerly of Massachusetts) 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 207-608-1741 This should include, but not be limited to, all information regarding personal history, business, activities, relationships, communications, charitable and public service activities, legal matters, politics, reports by individuals or private organizations, or reports by federal, state, and local agencies, contractors, or employees, etc. Matters of special concern include any and all negative reports or information that might raise concerns or discredit the cooperation of Federal or state agencies with public service activities, investigations, or legal process by John Barth. I would expect that the information would be of considerable volume, due to false reports known to have been made at the local and state level against myself to obstruct charitable activities and public service legal actions. Thank you very much, John S. Barth

CONTACT
Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

## Additional information

Maine License 2015-2 2.jpg
DEVELOPER RESOURCES, FOIA API & FOIA CONTACT LIST

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV

## Exhibit 1d

Fees

**What type of requester are you?**
other

**Fee waiver**
no

**The amount of money you're willing to pay in fees, if any**
$10.00

---

## Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
This information is necessary to plan public-interest prosecution in a racketeering case that I am prosecuting.

**Exhibit 2**

U.S Department of Justice     **Certification of Identity**     

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  JOHN STRICKLAND BARTH

Citizenship Status [2]  CITIZEN OF THE U.S.   Social Security Number [3]  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

Current Address  4311 BRAZILNUT AVE, SARASOTA, FL 34234

Date of Birth  10/14/1952   Place of Birth  BALTIMORE, MD

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

JOHN BARTH
**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  *John Barth*    Date  2/25/2021

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

**Exhibit 3**



U.S. Department of Justice
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

Telephone: (202) 514-3642

March 1, 2021

John Barth
P.O. Box 88
Springvale, ME 04083
jbarth@gwi.net

Re:   FOIA-2021-00820
      DRH:VAV:ERH

Dear John Barth:

This responds to your Freedom of Information Act (FOIA) request dated and received in this Office on February 25, 2021 for records pertaining to yourself.

Please be advised that a search has been conducted of the electronic database of the Departmental Executive Secretariat, which is the official records repository for the Offices of the Attorney General, Deputy Attorney General, and Associate Attorney General, and twenty-six pages were located that contain records responsive to your request.

Because this material originated with or is of primary interest to the Criminal Division (CRM), we have referred that material to CRM for processing and direct response to you. Contact information for CRM may be found at www.FOIA.gov.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001; telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

*[signature]* for
Douglas R. Hibbard
Chief, Initial Request Staff

**Exhibit 4**



U.S. Department of Justice

Criminal Division

Office of Enforcement OperationsWashington, D.C. 20530

**VIA Electronic Mail**March 3, 2021

Mr. John Barth
P.O. Box 88
Springvale, ME 04083Referring Agency No. FOIA-2021-00820
jbarth@gwi.netRequest No. CRM-301637928
Subject: Yourself

Dear Mr. Barth:

The Criminal Division has received a referral of records from the Office of Information Policy related to your request for information concerning the above-mentioned subject. Your request was received in this Office on March 1, 2021. The request number listed above has been assigned to this referral. Please use this number in all correspondence concerning this matter.

☒ A Government Information Specialist is reviewing the referred records and we will disclose all non-exempt information to you as soon as practicable.

If you have any questions regarding this referral of records, you may contact the Office by telephone at (202) 616-0307, by email at crm.foia@usdoj.gov, or by mail at the Criminal Division, U.S. Department of Justice, Room 803, Keeney Building, Washington, DC 20530-0001.

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

FOIA/PA Unit
Criminal Division
U.S. Department of Justice

**Exhibit 5**



U.S. Department of Justice
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

Telephone: (202) 514-3642

John Barth

Re:  Appeal No. A-2021-01803
Request No. CRM-301637928
CDT:KHK

jbarth@gwi.net

VIA: Online Portal – 6/9/2021

Dear John Barth:

    You attempted to appeal from the failure of the Criminal Division of the United States Department of Justice to respond to records referred to it by the Initial Request Staff (IR Staff) of the Office of Information Policy pertaining to your Freedom of Information Act request for access to records concerning yourself.

    Department of Justice regulations provide for an administrative appeal to the Office of Information Policy only after there has been an adverse determination by a component. See 28 C.F.R. § 16.8(a) (2020). As no adverse determination has yet been made by the Criminal Division, there is no action for this Office to consider on appeal.

    As you may know, the FOIA authorizes requesters to file a lawsuit when an agency takes longer than the statutory time period to respond. See 5 U.S.C. § 552(a)(6)(C)(i). However, I can assure you that this Office has contacted the Criminal Division and has been advised that the referred records are currently being processed. If you are dissatisfied with the Criminal Division's final response, you may appeal again to this Office.

    This Office has forwarded a copy of your letter to the Criminal Division. You should contact the Criminal Division's Requester Service Center at (202) 616-0307 for further updates regarding the status of your request.

    If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

X _____
Christina D. Troiani,
Associate Chief, for Matthew Hurd, Chief,
Administrative Appeals Staff

## Exhibit 6

 **DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

July 16, 2021

John Barth, Jr.
4311 Brazilnut Avenue
Sarasota, FL 34234

Dear Mr. Barth:

Thank you for your recent correspondence. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs or operations.

The matters you raised are outside our investigative jurisdiction, therefore no action can be taken by our Office. You may wish to consult the following web page for information on where to submit certain complaints that do not fall within the DOJ OIG's investigative authority: https://oig.justice.gov/hotline/non_doj_complaints.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter. Of course, if you obtain new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

## Exhibit 10a



## Exhibit 10b



